FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

JUN 1 9 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-616-KJD-(GWF) |
| DONALD EDWARD SABISCH, ) a/k/a Eddie Kona, ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on June 7, 2011, that DONALD EDWARD SABISCH a/k/a Eddie Kona shall pay a criminal forfeiture money judgment of $56,644.03 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___; Order of Forfeiture, ECF No. 32.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DONALD EDWARD SABISCH a/k/a Eddie Kona a criminal forfeiture money judgment in the amount of $56,644.03 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

. . .

. . .

1  States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21,
2  United States Code, Section 853(p).
3  DATED this 19th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE